AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16-mj-00299-VCF |
| | ) | |
| FRANCIS ROMEO ASSIFUAH | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 05/02/2016 at 04:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Apr 28, 2016__

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*



FILED
ENTERED                    RECEIVED
                           SERVED ON
COUNSEL/PARTIES OF RECORD

APR 28 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____                    DEPUTY